CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 21 2012

JULIA C. DUDLEY, CLERK
BY:
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| VINCENT LAMONT WOODHOUSE, | CASE NO. 7:11CV00462 |
| Plaintiff, | |
| | FINAL ORDER |
| vs. | |
| TRACY S. RAY, WARDEN, | By: James C. Turk |
| | Senior United States District Judge |
| Defendant. | |

In accordance with the accompanying memorandum opinion, it is hereby

ADJUDGED AND ORDERED

as follows:

    1. Defendant's objection to plaintiff's requests for production is **SUSTAINED**; defendant is not required to produce the requested documents; and defendant's motion for protective order (ECF No. 35) is **DISMISSED** as moot;

    2. Defendant's motion for summary judgment (ECF No. 22) is **GRANTED**, and plaintiff's motion for summary judgment (ECF No. 28) is **DENIED**, as to plaintiff's claims under the Eighth Amendment;

    3. To the extent that plaintiff's complaint raises due process and state law claims, such claims are **DISMISSED** without prejudice, pursuant to 28 U.S.C. §§ 1915(e)(2)(b) and 1367(c); and

    4. This action is stricken from the active docket of the court.

ENTER: This _21st_ day of June, 2012.

/s/ James C. Turk
Senior United States District Judge